

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Raul Lopez, | § | No. 08-17-00240-CR |
| Appellant, | § | Appeal from the |
| v. | § | 34th District Court |
| The State of Texas, | § | of El Paso County, Texas |
| State. | § | (TC# 20140D06162) |
| | § | |

## **O R D E R**

The Court GRANTS the Appellant's fourth motion for extension of time within which to file the brief until **July 20, 2018.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Ruben P. Morales, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before July 20, 2018.

IT IS SO ORDERED this 21st day of June, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.